N. HARRIS ET AL *v.* E. VARNARSDALL ET AL.

Execution—Sale—Motion to Quash—Necessary Parties.
> In a proceeding to quash a sale of land made under two or more executions, all those whose rights would necessarily be affected by the quashal of the sale are necessary parties.

APPEAL FROM MERCER CIRCUIT COURT.

February 12, 1869.

OPINION OF THE COURT BY JUDGE HARDIN:

The notice to the appellees disclosed the fact that there were two

other executions levied on the land and the sale was made under those executions as well as those to which the appellees were parties. In such a case this court has decided that all those whose rights would necessarily be affected by a quashal of the sale were necessary parties to a proceeding to quash. As it was, therefore, apparent that the necessary parties were not before the court, the court properly sustained the motion of the defendants to quash the notice.

Wherefore, the judgment is *affirmed.*

*Thompson & Kellar, for appellant.*

*Durham & Jacobs, C. A. Hardin, for appellee.*

